1

2

3

4                  IN THE UNITED STATES DISTRICT COURT

5              FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7   Scott N. Johnson,                    )
                                         )      2:12-cv-00080-GEB-CKD
8                    Plaintiff,          )
                                         )
9           v.                           )      DISMISSAL ORDER
                                         )
10  Sue Chanthilack, Individually        )
    and d/b/a Bangkok Restaurant;        )
11  Phetmany Chantrilack,                )
    Individually and d/b/a Bangkok       )
12  Restaurant; Chandara Som,            )
    Individually and d/b/a Salon         )
13  Concepts; Wei Song, Individually     )
    and d/b/a Sunny Day Spa; Michael     )
14  Tran, Individually and d/b/a         )
    Glossy Nails; Colonial Plaza,        )
15                                       )
                     Defendants.         )
16  _____ )

17          Defendant   Colonial   Plaza   Commercial   Properties,   LLC

18  ("Defendant") filed a document on August 6, 2013, in which it requests

19  a further status conference be scheduled and states, *inter alia*, "[t]his

20  matter  has  settled  as  to  all  parties."  (Notice  of  Further  Status

21  Conference 1:25, ECF No. 17.)

22          Since the parties have settled this action, and Defendant has

23  not provided reason for the Court to continue exercising jurisdiction

24  over enforcement of the settlement, this action is dismissed without

25  prejudice. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375,

26  382 (1994) ("Absent [the federal court's agreement to exercise

27  jurisdiction over a provision of a settlement agreement], enforcement of

28  the settlement agreement is for state courts, unless there is some

                                        1

1  independent basis for federal jurisdiction."); see also Jessup v.

2  Luther, 277 F.3d 926, 929 (2002) (stating "[a] settlement is just

3  another contract to be enforced in the usual way, that is, by a fresh

4  suit").  Therefore, this action shall be closed.

5  Dated: August 13, 2013

6

7  _____
   GARLAND E. BURRELL, JR.

8  Senior United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28