IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,  )
              Plaintiff,  ) 2:12-cv-00080-GEB-CKD
              v.  ) <u>DISMISSAL ORDER</u>
Sue Chanthilack, Individually and d/b/a Bangkok Restaurant; Phetmany Chantrilack, Individually and d/b/a Bangkok Restaurant; Chandara Som, Individually and d/b/a Salon Concepts; Wei Song, Individually and d/b/a Sunny Day Spa; Michael Tran, Individually and d/b/a Glossy Nails; Colonial Plaza,  )
              Defendants.  )

        Defendant Colonial Plaza Commercial Properties, LLC ("Defendant") filed a document on August 6, 2013, in which it requests a further status conference be scheduled and states, *inter alia*, "[t]his matter has settled as to all parties." (Notice of Further Status Conference 1:25, ECF No. 17.)

        Since the parties have settled this action, and Defendant has not provided reason for the Court to continue exercising jurisdiction over enforcement of the settlement, this action is dismissed without prejudice. See <u>Kokkonen v. Guardian Life Ins. Co. of Am.</u>, 511 U.S. 375, 382 (1994) ("Absent [the federal court's agreement to exercise jurisdiction over a provision of a settlement agreement], enforcement of the settlement agreement is for state courts, unless there is some

independent basis for federal jurisdiction."); see also Jessup v. Luther, 277 F.3d 926, 929 (2002) (stating "[a] settlement is just another contract to be enforced in the usual way, that is, by a fresh suit").  Therefore, this action shall be closed.

Dated:  August 13, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge